118 F.3d 1578
 Robert B. Sklaroff, M.D.
v.
Allegheny Health Education Research Foundation, Medical
College Hospitals, Shirley I. Frakes, M.D., Myron J.
Schneeberg, M.D., Myron L. Kanis, M.D., Gilbert Grossman,
M.D., Alan S. Katz, M.D., Mark Schramm, M.D., William L.
Morrissey, M.D., William E. Welton, Joseph C. Hare, Esquire,
Sandra F. Kine, Martin Schimmel, M.D., Octavio Messider,
M.D., Donald Kayne, M.D., Margaret McGoldrick, Executive
Director, Gerald Eskovitz, M.D.
 NO. 96-1722
 United States Court of Appeals,
Third Circuit.
 June 20, 1997
 
 Appeal From: E.D.Pa. ,No.95cv04758 ,
 Kelly, J.
 
 
 1
 Affirmed.